IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| VERNON BERNARD HARRIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:14-CV-50-MSH |
| | : | Social Security Appeal |
| CAROLYN W. COLVIN, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER

On June 5, 2014, Plaintiff filed a Complaint (ECF No. 1) seeking review of the Social Security Commissioner's denial of Plaintiff's request for Disability Insurance Benefits and Supplemental Security Income. *See* 42 U.S.C. § 405(g); 42 U.S.C. § 1383(c). Along therewith, Plaintiff filed a motion for leave to proceed *in forma pauperis* (IFP) and affidavit in support. (ECF No. 2.) Plaintiff's motion for leave to proceed IFP was denied the following day and Plaintiff was directed to pay the filing fee within fourteen days or "his action will be dismissed." (Order 3, June 6, 2014, ECF No. 5.) Consequently, Plaintiff had until Monday, June 23, 2014 within which to pay his filing fee.

Plaintiff, who is represented by counsel, has failed to comply with the Court's Order and has not paid the filing fee as required by 28 U.S.C. § 1914(a)-(b). Plaintiff's

Complaint is therefore dismissed without prejudice for failure to pay the filing fee and for failure to comply with the Court's June 6 Order.[1]

SO ORDERED, this 15th day of July, 2014.

S/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties filed written consent (ECF No. 6) for all proceedings to be conducted by the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(3).